

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

Trevino Barksdale,

Plaintiff,

-v-  Case No: _____

Wells Fargo Card Services,

Defendant.

## VERIFIED COMPLAINT

Comes Now, Trevino Barksdale, and proceeding pro se and brings the aforementioned Complaint against Wells Fargo Card Services and in support of the same states as follows:

### I. Preliminary Statement

1. This is an action arising under the Fair Credit Reporting Act and Fair Debt Collection Practices Act, 15 U.S.C § 1681 et seq, arising out of Wells Fargo Card Services failure to investigate Plaintiff's credit reporting disputes and Wells Fargo Card Services false reporting to credit reporting agencies of alleged undisputed debts and reporting payments as being owed when no such payment is due.

### II. Parties

2. Plaintiff, Trevino Barksdale, is currently and was at all relevant times a citizen of the State of Georgia, residing at 387 Ridge Xing, Unit C, Martinez, Georgia 30907.

3. Plaintiff is a "Consumer" as that term is defined by the FCRA, 15 U.S.C § 1681a(c).

4. Defendant, Wells Fargo Card Service is a national banking association doing business in the State of Georgia with its principal place of business at 7000 Vista Drive, West Des Moines, Iowa 52066.

### III. Jurisdiction

5. This court has jurisdiction over this action: (1) pursuant to the FCRA, 15 U.S.C § 1681(p); (2) pursuant to 28 U.S.C § 1331 and (3) because the transactions and occurrences giving rise to this action occurred in Polk County, Iowa as a result of the Defendants principal place of business being in Polk County, Iowa.

### IV. Factual Background

6. In or around July 2019, Plaintiff, who was in the process of seeking a new home, accessed his credit report and discovered that Wells Fargo Bank was incorrectly reporting payments that Plaintiff had made. Making Plaintiff's purported delinquencies appear more recent then they actually were, and reporting a balance due when this account was paid in full. This account was paid in its entirety at a Wells Fargo Branch in March 2018 on Richland Ave, in Aiken S.C.

7. Immediately upon discovering Wells Fargo false and derogatory tradeline which showed an alleged balance due and owing to Wells Fargo, Plaintiff filed a dispute with a CRA, regarding the inaccuracy of the Wells Fargo tradeline.

8. Upon information and belief, the CRA pursuant to the requirements stated in 15 U.S.C § 1681i(a)(2)(A) notified Wells Fargo of the dispute within (5) days of the CRA receiving notice of the dispute from the Plaintiff.

9. Wells Fargo verified the alleged past due Wells Fargo account reporting on Plaintiff's Credit Report.

10. Despite Plaintiff's lawful request for removal of the disputed item pursuant to the FCRA, Wells Fargo failed to investigate Plaintiffs dispute and failed to remove the disputed item from Plaintiff's credit report. Furthermore, Plaintiff engaged in numerous conversations with Wells Fargo officials via telephone regarding this account and the fact the Plaintiff

disputed the reporting of this account and information contained herein. Defendant to date has refused to acknowledge Plaintiff's dispute and at a bare minimum appropriately notate the account as disputed.

11. Upon information and belief, Wells Fargo did not evaluate or consider any of Plaintiffs, information, claims, or evidence, and did not make any and/or sufficient attempts to remove the disputed item within a reasonable time following Wells Fargo's receipt of Plaintiff's dispute.

12. The Defendants actions have damaged the Plaintiff in that Plaintiff has been denied credit, chilled from seeking additional credit due to Defendants failure to investigate Plaintiff's dispute and Defendants false reporting of Plaintiff's alleged past due account. In addition, Defendants' actions have cause Plaintiff embarrassment, humiliation and emotional distress.

13. Furthermore, defendant has not maintained accuracy of Plaintiff's credit report by failing to report the account as disputed by the Plaintiff and report the same thus furnishing additional inaccurate information in violation of 15 U.S.C § 1681s-2(b)

V. Claims

Negligence-Wells Fargo Card Services

14. Plaintiff hereby adopts and incorporates the allegations contained in paragraphs 1 through 13 as if fully set forth herein.

15. Wells Fargo's failure to investigate Plaintiff's dispute and its false reporting to the CRA's regarding the Wells Fargo tradeline was negligent under applicable law. In failing to investigate Plaintiff's dispute and in falsely reporting the status of the Wells Fargo account, Wells Fargo has breached its duties to Plaintiff to investigate consumer disputes and to report accurate information regarding Plaintiff's credit history and acted with conscious disregard for Plaintiff's rights.

16. Wells Fargo's failure to investigate Plaintiff's dispute and its false reporting to the CRA;s regarding the alleged past due account, including failing to note the disputed nature of the account has caused and continues to cause damage to the Plaintiff, including, but not limited to humiliation, embarrassment, a substantial decline in Plaintiff's credit rating, and other compensatory and consequential damages.

17. Wells Fargo's failure to investigate Plaintiff's dispute and its false reporting to the CRA's regarding the Wells Fargo tradeline were willful and wanton, entitling Plaintiff to punitive damages therefor.

### Defamation-Wells Fargo Card Services

18. Plaintiff hereby adopts and incorporates the allegations contained in paragraphs 1-13 as if set forth fully herein.

19. Wells Fargo, with knowledge of the falsity of its statements, has published and continues to publish statements to others, including, but not limited to Equifax and other unknown entities who have accessed Plaintiff's credit report, that Plaintiff has an undisputed and past due payable Wells Fargo account. Wells Fargo's statements were false and were made with conscious disregard for the rights of the Plaintiff.

20. Wells's Fargo publication of false statements regarding Plaintiff's creditworthiness and the alleged past due Wells Fargo account amounts to defamation and defamation per se of the Plaintiff, entitling Plaintiff to compensatory, special, consequential and punitive damages therefor.

### Negligent and Willful Violation of the Fair Credit Reporting Act-Wells Fargo Card Services

21. Plaintiff hereby adopts and incorporates the allegations contained in paragraphs 1-16 as if set forth fully herein.

22. Wells Fargo's failure to investigate Plaintiff's dispute and its initial and continuing false reporting to the CRA's of Plaintiff's alleged undisputed and past due and payable Wells Fargo account are violations of Wells Fargo's duties as a furnisher of credit information pursuant to the FCRA 15 U.S.C. § 1681s-2(b).

23. Wells Fargo's violations of the FCRA amount to negligent and willful non-compliance with the FCRA as stated in 15 U.S.C. § 1681o for which Wells Fargo is liable to Plaintiff for Plaintiff's actual damages, for statutory damages, and for all fees incurred by Plaintiff.

WHEREFORE, Plaintiff, Trevino Barksdale, respectfully demands the following:

1. Trial by Jury on all issues so triable;
2. Judgment against the Defendants for statutory, compensatory, consequential and punitive damages;
3. For all fees and costs; and,
4. Any and all other relief to which Plaintiff may appear to be entitled.

Respectfully Submitted,

Trevino Barksdale
387 Ridge Xing, Unit C
Martinez, Georgia 30907
706-312-6201

## VERIFICATION

I, Trevino Barksdale, declare under penalty of perjury as delineated in 28 U.S.C. § 1746 that the statements contained herein are true and accurate to the best of my knowledge and belief. Subscribed and Sworn this 5th Day of February 2020 in the State of Georgia, County of Columbia, City of Martinez.

*[signature]*

Trevino Barksdale

387 Ridge Xing, Unit C
Martinez, Georgia 30907



Clerk, U.S District Court
Southern District of Iowa
123 E. Walnut St
Des Moines, Iowa 50309



X-RAYED & CLEARED BY U.S.M.